# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| EMILIANO ZAPATA,<br>*Plaintiff* § § § | |
| v. § § § § | Case No. 1:24-CV-00610-RP |
| JENNIFER SMYTH HOWZE,<br>JEFFREY DAVID WEATHERFORD,<br>JENNIFER BAKER, HAYS COUNTY<br>JUVENILE DETENTION CENTER,<br>BRETT LITTLEJOHN, and<br>WES MAU,<br>*Defendants* § § § § § § | |

## O R D E R

Defendants Jennifer Smyth Howze, Jeffrey David Weatherford, Jennifer Baker, Hays County Juvenile Detention Center, Brett Littlejohn, and Wes Mau removed this case to this Court on June 3, 2024. Dkt. 1. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **August 23, 2024**.

**SIGNED** on August 6, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE